**STATE of Missouri,**
**Plaintiff/Respondent,**

**v.**

**Torriono BAKER, Defendant/Appellant.**

No. ED 101267

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: December 8, 2015

Motion for Rehearing and/or Transfer Denied by Supreme Court
January 25, 2016

Application for Transfer Denied
April 5, 2016

Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Edward S. Thompson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

### ORDER

#### PER CURIAM.

Torriono Baker appeals from the trial court's judgment entered after a jury trial convicting him of unlawful possession of a firearm and two counts of possession of a controlled substance. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).